# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1767.  JAMES BERNARD EDWARDS v. THE STATE.**

A jury found James Bernard Edwards guilty of multiple offenses, including burglary, armed robbery, and kidnapping. We affirmed his convictions in an unpublished opinion following the trial court's denial of his motion for new trial. See *Edwards v. State*, Case No. A16A2168 (decided Mar. 13, 2017). Edwards subsequently filed an extraordinary motion for new trial, alleging multiple counts of ineffectiveness of trial counsel. The trial court denied Edwards's motion on September 13, 2018, and he then filed the instant direct appeal.[1] We, however, lack jurisdiction.

An appeal from an order denying an extraordinary motion for new trial must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997); *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987).

---

[1] Although Edwards directed his notice of appeal to this Court, his appeal was inadvertently transmitted to the Supreme Court of Georgia. Edwards's appeal was subsequently transferred to this Court. See *Edwards v. State*, Case No. S19A0704 (transferred Mar. 4, 2019).

Edwards's failure to comply with the discretionary appeal procedure[2] deprives this Court of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/18/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*

---

[2] Edwards also filed an application for discretionary appeal from the trial court's order denying his extraordinary motion for new trial. We dismissed his application as untimely. See *Edwards v. State*, Case No. A19D0389 (dismissed Apr. 2, 2019).